UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Z.A., | Case No. 2:26-cv-00144-RSM |
| Petitioner, | STIPULATED ORDER AND NOTICE TO WITHDRAW PENDING MOTION |
| v. | |
| LAURA HERMOSILLO, *et al.*, | |
| Federal Respondents. | |

Having met and conferred to resolve pending matters, the parties agree:

(1) Petitioner withdraws his pending motion to enforce and clarify, Dkt. No. 14., pursuant to LR 7(l).

(2) Respondents agree to remove Z.A.'s ankle monitor.

(3) Z.A. agrees to enroll and participate in alternative monitoring, specifically the B.I. Smartlink program.

(4) Both parties agree to bear their own costs and fees for this litigation.

DATED this ___ day of April, 2026.

Respectfully submitted,

UNITED STATES ATTORNEY'S OFFICE

NORTHWEST IMMIGRANT RIGHTS PROJECT

*/s/ Michelle Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov
*Attorneys for Federal Respondents*

*s/ Christopher Strawn*
CHRISTOPHER STRAWN, WSBA #32243
615 Second Avenue, Suite 400
Seattle, Washington 98104
Phone: (206) 957-8611
Email:  chris@nwirp.org
*Attorneys for Petitioner*

STIPULATED ORDER
Case No. 2:26-cv-00144-RSM - 2

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.  The Motion at Dkt. #14 is WITHDRAWN.

DATED this 7th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER
Case No. 2:26-cv-00144-RSM - 3